**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                                         CASE NO. 3:97cr76LAC

MICHAEL WALCOTT

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on _____March 5, 2008_____
Motion/Pleadings:  MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO
TITLE 18 U.S.C. SECTION 3582(c)(2)_____
Filed by  DEFENDANT PRO SE          on 3/3/08                Doc.# 122

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        s/Mary Maloy
LC (1 OR 2)                             Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 11th day of April, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) The reduced guideline range still becomes 240 months, the mandatory minimum, as required by statute.*

                                        s/*L.A. Collier*
                                        **LACEY A. COLLIER**
                                        *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.